429 A.2d 756

Inland Credit Corp. v. Al Berman etc., Appellant.

Argued June 9, 1980. Daniel R. Sherzer, for appellant; Parke H. Ulrich, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.